MINUTE ENTRY
VAN MEERVELD
June 26, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PARKCREST BUILDERS, LLC,<br>    *Plaintiff* | CIVIL ACTION<br>NO. 15-150<br>     c/w 15-1531 |
| VERSUS | |
| | JUDGE NANNETTE JOLIVETTE BROWN |
| HOUSING AUTHORITY OF NEW<br>ORLEANS,<br>    *Defendant* | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**HEARING ON MOTION**

COURT REPORTER:   Rebecca Gonzalez

APPEARANCES:     Emily Ross, Christopher LeMieux, John Bihm,

MOTION(S):

1. Liberty Mutual Insurance Company's MOTION to Compel against Gibbs Construction, LLC (Rec. Doc. 66)

ORDERED:

   The motion is DENIED. The court finds that the arbitrator's subpoena is valid under 9 U.S.C. § 7 because it requires physical appearance and production of documents but that the arbitrator must address Gibbs' objections before this court can enforce the subpoena. Liberty shall endeavor to schedule a hearing before the arbitrator as soon as possible, and Gibbs shall appear at such hearing to raise its objections.

_____<br>Janis van Meerveld<br>United States Magistrate Judge

MJSTAR (00:20)